UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE PRINCE,

        Plaintiff,

v.

UNKNOWN,

        Defendant.

No. C 15-0957 EDL (PR)

**ORDER OF DISMISSAL**

On March 2, 2015, plaintiff, proceeding pro se, filed a letter, which initiated these proceedings.[1] (Docket No. 1.) The same day, the Clerk notified plaintiff that he had not paid the filing fee, had not filed an application to proceed in forma pauperis ("IFP"), and had not filed a complaint. (Docket Nos. 2, 3.) Along with the deficiency notices, plaintiff was provided with an IFP application as well as a blank copy of a complaint by a prisoner form, and instructions for completing both. Plaintiff was further cautioned that his failure to either file a complaint and a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. To date, plaintiff has not paid his filing fee, filed a completed IFP application, or filed a complaint.

Thus, the instant action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: April 15, 2015.

ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Prince957disifpcomp.wpd

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 6.)